UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3-26-bk-03619-JAB
Chapter 13

IN RE: JEFFERY O. JOHNSON

Debtor(s)

---

**OBJECTION TO TRUSTEE'S MOTION TO DISMISS (DOC #16)**

Debtor objects to the Trustee's Motion to Dismiss (Doc#16)

I HEREBY CERTIFY that a copy of the foregoing has been furnished electronically or by US Mail to Douglas W. Neway, Chapter 13 Trustee, this 2nd day of October 2026.

D. C. HIGGINBOTHAM, ESQUIRE

*D.C. Higginbotham, Esq.*
5651 Colcord Ave.
Jacksonville, FL 32211
(904) 354-6604
Florida Bar # 167121
Attorney for Debtor(s)